# EXHIBIT B

Dear All Who Will Read This,

Thank you for taking the time to read this letter, especially given the circumstances. I understand that you are under no obligation to give time or consideration to the family of the guilty, and for that reason, I am truly grateful. I hope that what I share communicates what is in my heart clearly and respectfully.

My father is not perfect but neither am I. No one is. One thing that has always been consistent about my father, however, is his kindness. Everyone who meets him notices it. Even strangers often feel comforted by him because he carries a genuine, joy-filled presence and a deep care for others. And it truly is special but only because not many people have a heart like him.

Friends who have known him longer see this even more clearly. They have witnessed him in both happy and difficult seasons, and through it all, that same sense of joy and compassion remains unchanged. He has always had a helping heart, even toward those who may not always return that kindness. Sometimes that has come back to hurt him, but he still chose to help because he believed it was the right thing to do.

But the people who know him best are his family. We see him on his best days and his worst days. We know who he truly is. My father does not change based on who is around him because who he is at his core is genuine. I understand that he has made a serious mistake, and I do not excuse that. However, I respectfully ask that you look beyond what is written on paper and truly consider the man standing before you. We are all more than the worst thing we have ever done and certainly beyond what ink tells us on a piece of paper just like mine.

My father is not only a kind man filled with a joyful heart he is also the man my family needs. Research and real life both show how vital a father's presence is, and I can say personally that I need him deeply. Our family has recently moved across the country, not only because of this situation but also because we believe God has been guiding our steps to this specific town. I am entering a new and important chapter of my life college, missions, work, and major decisions and my father has been one of the most influential people in shaping my character and who I am today and I wouldn't know what to do without him in this next chapter.

I cannot imagine stepping into this season of life without him. I truly need my dad.

I humbly ask that you consider extending mercy to my father. Just as my Father in Heaven has shown mercy and forgiveness to us, I ask that same mercy be considered here. My father desires that mercy, and my family desperately needs it during this time. I also know that if you have not received that gift yet my heavenly Father would love for you to accept His gift (jeremiah29:13).

Thank you sincerely for your time and consideration.

Thank you, Miner Coberg

To Whom It May Concern,

I want to start by thanking you for taking the time to read this letter. I'm sure many come across your desk and I can imagine how draining and time consuming that could be especially with many lives on the line. I'm sure there is a right and a wrong way to write one of these, but I can only write what God is placing on my heart.

I once heard that Winston Churchill said "If you find yourself in hell, just keep going." It made me chuckle when I first heard it. After awhile that quote really sat with me because this past year has been pretty much the biggest storm of our family's life. I'm beyond grateful that my husband and kids have made a choice to run to God instead of away from Him. I notice that it's the hard stuff in life that grows an individual's character. The unpleasant part is it's extremely painful.

A couple verses stand out in a way that speaks louder than ever before are Proverbs 13:20 ''Whoever walks with the wise becomes wise, but the companion of fools will suffer harm'' and 1 Corinthians 15:33 "Don't be deceived, bad company corrupts good character''. With that said I can't begin to explain the change and growth that has taken place in Mike's heart and ultimately in our home. Time is the most valuable thing that we all have and it's more real today than it was about a year ago. One beautiful take away has been the availability in Mikes schedule to serve alongside the kids and I. One of my favorites was feeding the local community with our church. It was a season that I will keep close and look forward to getting involved in a similar ministry as soon as Mikes time allows. I get emotional with a full heart seeing that kind of beauty this past year.

On the other hand, it's heartbreaking knowing that that our family is going to have an empty seat at the table. The big parts of not having a father in the home is devastating, but it's the daily small things that add up to the biggest hits. Who will read our dinner time Kingdom Family Devotional…Who will tell my girls they are beautiful without revealing more than they should and sending them to go change like only a fathers voice can…Who will guide my son in biblical manhood…Who will be the fixer of broken things around the house…Who will be the protective presence in our home to help us feel safe…Who will be my sounding board when parenting gets tough and I'm out of Focus On The Family podcasts…Who will be my partner in all life circumstances… Trusting God in all situations is what I will be leaning on and praying my way to the rearview mirror view of this season.

God has relocated our family to a small town on the other side of the country. I do believe He used this storm to do just that for a purpose that only He knows. I look forward to the beauty that comes from the current ashes. Mikes heart will forever be changed. Mike has and will continue to use his pain to help others.

I lost count on how many times I have mentally written this letter and every time I envision my pen hitting the paper it went to letting you know that just how much The God of the Bible loves you. I personally know I will face Him for all my sin's with my head hung down in shame, BUT then I remember when I face my Creator, Jesus is my Mediator who took all my shame and sins upon Himself and declares me {believers} righteous. There is no other mediator, bridge, or shortcut to heaven. There is one narrow way and If you didn't know already His name is Jesus. The greatest part is that it's free, not cheap though. It was as costly as it comes, but free to you and I. We don't need to work for it either. It's a choice to choose to believe. Nobody is beyond God's reach or the gift of grace {salvation} that He offers. Ephesians 2:8-9 & John 14:6.

On behalf of my three kids and myself we will ask God to give you wisdom like He gave Solomon and a heart full of mercy to a broken and undeserving family.

Bonnie Coberg

From: Linne Lane ███████████████████
Subject: Letter for Michael
Date: Oct 31, 2025 at 9:39:34 PM
To: Evan Lane ████████████████

**To Whom It May Concern,**

I am writing to provide a character reference for Michael Coberg, whom I have known for many years. Michael is a man of integrity, strong values, and good moral character. He is a devoted family man and an actively involved father who takes great pride in being present and supportive of his children.

Throughout his life, Michael has demonstrated a strong work ethic and a genuine desire to help others. He is a true servant leader—dependable, considerate, and always willing to lend a hand to those in need. Even as a young person, Michael stood out for his responsible and caring nature, often looking out for others and setting a positive example.

His faith, family, and love of country are the foundation of his life and guide the decisions he makes each day. I have never known him to be in trouble or to act outside of his strong moral compass. I firmly believe that his character, integrity, and commitment to doing what is right speak for themselves.

I respectfully ask that you take this letter into consideration as a reflection of the person Michael truly is—a man of honesty, humility, and heart.

**Sincerely,**
**Linne' Lane**
**Michael is my nephew**

Lisa Hiday-Baca

███████████████████████

September 26, 2025

The Honorable Percy Anderson
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012

Re: Character Letter on Behalf of Michael David Coberg

Dear Judge Percy,

I am writing to you regarding my son, Michael Coberg.  Over the years, I have seen firsthand the kind of man he is and I couldn't be anymore proud.  Someone who works tirelessly, cares deeply for others, and always looks for ways to make a difference in people's lives.  Michael is a Christian that is strong in his faith, devoted husband to Bonnie and farther to 3 children, Miner (17), McGarraugh (15), & Mckenzie (11)

Michael has spent much of his life in service to others. He worked in the emergency department of a hospital and was certified EMT where he showed compassion to people in their most vulnerable moments. Later, for the Los Angeles County Sheriff's Department, he worked in the jails, then for gang unit in Compton that put himself in dangerous situations to protect others. His last position was LA Sheriff helicopter pilot. His courage and dedication were recognized when he received the Medal of Valor, but what has always impressed me most about Michael is not the awards or titles — it's the way he treats people.

Michael is one of the hardest-working people I've ever known. While serving in the Sheriff's Department, he also sold real estate, ran a small furniture business, and even worked private security on occasion. He never shied away from hard work, and he always did it with the goal of providing for his family and helping others.

But what truly sets Michael apart is his heart. I remember one time he encountered a young mother living in very difficult circumstances. At first, he found himself lecturing to her about the state of her home and her child, but then he stopped and realized she didn't need judgment — she needed help. Michael reached out to us, and together we gathered clothing, cleaning supplies, and money to support her. He personally helped her clean and organize her home, giving her not just material support but dignity and hope.

Another time, Michael came across a French family who had unknowingly booked a hotel in a very unsafe area. They were frightened and didn't know what to do. When the hotel refused to refund them, Michael stepped in and convinced the staff to return their money. He then found them a safe hotel near Universal Studios so they could continue their vacation. What touched me most is that this family stayed in contact with Michael for nearly ten years afterward, sending

him photos of their children as they grew. That kind of lasting bond doesn't happen unless someone has left a truly meaningful impact.

To me, these stories show who Michael really is. He is brave, honest, hardworking, and dedicated, but above all, he has integrity and is compassionate. He sees people not just for their circumstances, but for their humanity, and he steps in to help when others might walk away.

Your Honor, I hope you will take these things into account as you consider Michael. He has spent his life giving to others, and I believe that his character, his heart, and his actions speak louder than anything else.  His family needs him.

Thank you for your time and for allowing me to share.


Respectfully,

Lisa Hiday

LH/lh

**Lisa Hiday**

| | |
|---|---|
| **From:** | Ashley Torres ██████████████████ |
| **Sent:** | Sep 11 ,2025 1:43 PM |
| **To:** | ███████████████ |
| **Subject:** | Character letter |

**To Whom It May Concern,**

I am writing this letter on behalf of my cousin, Micheal Coberg, to serve as a character reference. I have known him my entire life, and I can confidently speak to the kind of man he is.

Micheal is a man of God who consistently lives with integrity. He is a devoted husband and a loving father, always putting his family first. I have witnessed the hard work and dedication he pours into providing for them, not only through his work ethic but also through his entrepreneurial spirit. His motivation has always been clear—to give his children the best life possible.

As a cousin, he has been a constant source of support and encouragement. He has also been a positive role model to my son, taking the time to teach him how to ride motorcycles from a young age. This is just one example of how he naturally mentors and uplifts those around him.

I believe Michael exemplifies honesty, responsibility, and compassion in his everyday life. He is a person who leads by example and inspires others with his actions. His values are deeply rooted in his faith, family, and community, and I know he will continue to demonstrate these qualities moving forward.

I respectfully ask that you take this testimony of his character into consideration. Please do not hesitate to reach out to me if you require any further information.

Sincerely,

Ashley Torres

1

To whom it may concern:

I first met Michael Coberg in 2006 when I began working for his mother. Over the years, I have had many opportunities to interact with Michael in various settings, both personal and professional. Throughout that time, I have consistently known him to be friendly, outgoing, and good-natured. He has a great sense of humor and is the kind of person who would give the shirt off his back to someone in need.

In all my interactions with Michael, I have never witnessed him act in any way that was illegal, unethical, or inappropriate. On the contrary, Michael has always carried himself with integrity and strong moral character. I firmly believe that he upheld his oath to serve in law enforcement with honesty and dedication.

Michael is also, without question, a devoted family man. He speaks with love and pride about his family, and his actions reflect a deep commitment to their well-being and happiness.

Based on my personal experience, I stand by Michael's character and believe he is a person of strong values, compassion, and honor.

Sincerely,

Digitally signed by Natalie
Brizuela-MacLean
Date: 2025.09.11 16:49:37
-07'00'

Natalie Brizuela-MacLean

09/11/2025

**Devynn Estrada**



09/11/25

**To the Honorable Court,**

My name is Devynn Estrada, and I am writing this letter on behalf of my cousin, **Michael Coberg**. Michael is my older cousin, and I have known him my entire life. From as early as I can remember, he has been someone I've looked up to and admired—not only because he is family, but because of the way he carries himself and the values he lives by.

Michael has always been a steady, dependable presence in my life. Growing up, I saw him as the cousin who set an example of responsibility, respect, and kindness. As I got older, I saw those same qualities shine even more as he became a husband and father of three. His devotion to his family is clear in the way he provides for them, guides his children, and supports his wife. He is the kind of person who makes sacrifices to ensure the people he loves are cared for and secure.

What has always stood out to me about Michael is his heart. He is compassionate, patient, and willing to help others without expecting anything in return. In our family, he is someone we can count on—whether it's for advice, support, or just to be present during difficult times. I can honestly say that his influence has shaped me for the better, and I am grateful to have grown up with him as a role model.

I know him to be a man of integrity and good judgment, someone who works hard to live up to the responsibilities of being a father, husband, and family member. For these reasons, I respectfully ask the Court to consider Michael's true character and the positive impact he has on those around him. Showing him compassion and leniency would not only benefit

him, but it would also allow him to continue being the strong and loving presence that his children, wife, and extended family depend on.


Thank you for your time and consideration.


Sincerely,

Devynn Estrada

**Shelley Piroy**



9/11/25

**To the Honorable Court,**

My name is Shelley Piroy, and I am writing this letter on behalf of my cousin, **Michael Coberg.** I am older than Michael and have had the privilege of knowing him for his entire life. This gives me a unique perspective, as I have witnessed him grow from a child into the man he is today.

Michael is a devoted husband and the father of three children. I have always known him to be a responsible and hard-working individual who prioritizes his family above all else. He has demonstrated a consistent commitment to being a supportive partner to his wife and a loving, involved father to his children. His character is best reflected in the way he provides stability, care, and guidance to his family.

Throughout his life, Michael has conducted himself with honesty, integrity, and respect for others. He has been dependable in times of need and has always carried himself in a way that earns the trust of family, friends, and colleagues alike. I have never known him to be reckless or careless; instead, he approaches his responsibilities with seriousness and determination.

It is my sincere belief that Michael is a man of good moral character and sound judgment. He has a strong sense of responsibility and demonstrates values that are deeply rooted in family, faith, and community.

For these reasons, I respectfully ask the Court to take into account Michael's lifelong character, his devotion to his family, and his positive contributions to those around him. I believe that showing him compassion and leniency in this matter would allow him to continue being the dedicated husband, father, and family member that he has always been.

Thank you for your time and consideration.

Sincerely,

Shelley Piroy

**Lisa Hiday**

| | |
|---|---|
| **From:** | Evan Lane < ██████████████ |
| **Sent:** | Dec 03 ,2025 6:25 PM |
| **To:** | ██████████ |
| **Subject:** | Fwd: Letter for Michael |

Sent from my iPhone

Begin forwarded message:

> **From:** Linne Lane ██████████████
> **Date:** October 31, 2025 at 9:39:34 PM PDT
> **To:** Evan Lane ██████████████
> **Subject: Letter for Michael**

**To Whom It May Concern,**

I am writing to provide a character reference for Michael Coberg, whom I have known for many years. Michael is a man of integrity, strong values, and good moral character. He is a devoted family man and an actively involved father who takes great pride in being present and supportive of his children.

Throughout his life, Michael has demonstrated a strong work ethic and a genuine desire to help others. He is a true servant leader—dependable, considerate, and always willing to lend a hand to those in need. Even as a young person, Michael stood out for his responsible and caring nature, often looking out for others and setting a positive example.

His faith, family, and love of country are the foundation of his life and guide the decisions he makes each day. I have never known him to be in trouble or to act outside of his strong moral compass. I firmly believe that his character, integrity, and commitment to doing what is right speak for themselves.

I respectfully ask that you take this letter into consideration as a reflection of the person Michael truly is—a man of honesty, humility, and heart.

Sincerely,
Linne' Lane
Michael is my nephew
661-618-4053
LinneLane@gmail.com

1

To whom it may concern:

I have known Michael for about 15 years. Over the years, he has proven to be a great friend, a great father to his children, and someone anyone would love to be friends with. He is the kind of person to put others before himself and is always there to help. I can attest to the remarkable person he is as a friend, but watching him with his family, being a father, and become closer to God and church have been wonderful versions to witness over the years, as well.

A few years ago, Michael was in a motorcycle accident and was lucky to be alive. I watched him work mentally and physically for months and months to get back to the person he is. Never once did he waiver in his efforts and he exceeded every expectation he set for himself. The true strength and dedication he showed during this time was so honorable. To see him come out the other side stronger than ever is the best testament to who he is as a person—strong, kind, dedicated, hard-working.

In essence, I am proud to call Michael my friend.

Kandi Ashcraft



# Artistic Doors, Inc.

## 75-101 Mediterranean, Palm Desert, ca 92211
## Office: 760-773-3986 email: artisticdoorsinc@aol.com
### Insured, licensed & bonded license#7563832

To whom it may concern,                                    September 15, 2025

My name is William Shondrick. I am the president and owner of Artistic
Doors inc, in Palm Desert, Ca. I am writing this letter on behalf of Michael
Corberg, whom I have personally known for over 3 years. His mother is my
partner. During this time I have come to know Michael as a person of strong
character, integrity and responsibility. He is a very compassionate father,
respects and loves his mother and is a great family man.

My experience with Michael is that he has consistently demonstrated
honesty, reliability and compassion toward others.  I have witnessed his
dedication loyalty and commitment to carry out his duties, these actions
reflect a genuine commitment to doing what is right and always supporting
those around him. I have also observed Michael in challenging situations,
and I can confidently say he handles difficulties with maturity, patience and
respect for others. This ability to remain composed and fair under pressure
speaks volumes of his character.  I firmly believe that Michael is a person
who contributes greatly to society and will continue to do so. Michael does
volunteer service though his church and works to clean and fix up houses for
others in need. He also prepares meals for people in need at his church in his
spare time. His entire career has been dedicated to serving the community as
a police officer or an EMT. His accomplishments are incredible, and his will
the help pothers is admirable.

I respectfully ask the court to consider these facts when sentencing Michel, in
hopes he doesn't have to be incarcerated. We all know that Police officers
aren't respected or treated well by other inmates in jail, and he doesn't
deserve that.

William Shondrick
President and CEO of Artistic Doors
██████████