**<u>DECLARATION OF SPECIAL AGENT BARBARA JOHNSON</u>**

1.    I am a Special Agent ("SA") with the FBI and have been so employed since March 2020.  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.    Lodged with the Court is a hard drive with five videos and one document marked as the following exhibits:

a.    **Exhibit A** is a video taken by Adam Iza of Victim L.A. transferring $127,000 to a bank account that Iza controls.  An assault rifle is seen on the floor of the office to the side of the victim.

b.    **Exhibit B** is a video taken by Adam Iza of Victim L.A., during which Iza holds Victim L.A. at gunpoint.

c.    **Exhibit C** is a video taken by Adam Iza in which Victim L.A. is heard audibly crying while speaking on the telephone.

d.    **Exhibit D** is a video taken by Adam Iza in which defendant MICHAEL DAVID COBERG is seen driving a vehicle to the traffic stop and arrest of Victim R.C.  During the video, after law enforcement pulls over the car, defendant states, "That is great."

e.    **Exhibit E** is a video taken by Adam Iza documenting the arrest of Victim R.C.  During the video, Iza states, "Bye-bye, he's going to jail [*laughter*]."   Defendant COBERG responds, "He is going to run his mouth . . . this guy won't shut the fuck up."

//

//

f.    **Exhibit F** is a law enforcement report regarding an FBI interview of Victim L.A. on April 3, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 23, 2026.


_____
SPECIAL AGENT BARBARA JOHNSON